GENOVESE, J.,
concurs and assigns the following reasons:
11Subject to La.Civ.Code art. 115, I agree with the majority that Mrs. Guillory has a cause of action for the modification of final periodic support insofar as the issue of support “lives on.” La.Civ.Code art. 114. However, I disagree with the majority as to the effect of res judicata as set forth in La. R.S. 13:4232(B).
In my view, the August 13, 2008 judgment was res judicata in accordance with La. R.S. 13:4232(B). That judgment was never appealed and is, therefore, a final and definitive judgment as to the cause of *1293 action (final periodic support) which involved the same parties and actually determined, litigated, and adjudicated that specific issue at that point in time.
However, because the issue of spousal support is never final, notwithstanding an extinguishment of the obligation pursuant to La.Civ.Code art. 115, Mrs. Guillory may bring a new or separate rule for support alleging a change in factual circumstances. Therefore, I must concur only in the result of this matter.